[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RECEIVED
APR 17 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

~~████████████~~

MIKLE ANTONY BUTLER

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

UNITED STATES OF AMERICA

23 cv 50125
Judge Philip G. Reinhard
Magistrate Judge Margaret J. Schneider

Case
(To ~~_____ Clerk of this Court)~~

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
          **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

✓         **OTHER** (cite statute, if known)  F T C A  L A W S U I T E  "Federal tort claim Act lawsuite"
          28 U.S.C. § 1346(b)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.      **Plaintiff(s):**

A.      Name: Mikle Anthony Butler

B.      List all aliases: NONE

C.      Prisoner identification number: 32419-171

D.      Place of present confinement: Terre Haute USP

E.      Address: P.O. Box 33 — Terre Haute, IN 47808-0033

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.     **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.      Defendant: United States of America

        Title: Staff officials

        Place of Employment: A.U.S.P. Thomson

B.      Defendant: _____

        Title: _____

        Place of Employment: _____

C.      Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

In pursuant to 28 U.S.C. § 1346(b), I can only sue the United States of America in an FTCA "federal tort claims act" Lawsuit, and therefore, I do not have any defendants to name other than the United States of America

Revised 9/2007

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____N/A_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____N/A_____

D. List all defendants: _____N/A_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

F. Name of judge to whom case was assigned: _____N/A_____

G. Basic claim made: _____N/A_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

I. Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

— Please see attachment titled " FTCA LAWSUITE PURSUANT To 28 U.S.C. § 1346(b), Statement of Claim" At this, i filed and Submitted a handwritten FTCA Law Suit in Pursuant to 28 U.S.C. §1346(b) to the district court "Northern" of illinois, who returned the handwritten Lawsuite with a copy of these documents. I am now filling out these documents to Pursue a Federal tort Claims act Lawsuite. Please see attached for supporting facts of the issue at hand.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

United States District Court
Northern District of illinois
~~████~~ —Statement of Claim~~█~~—

## FTCA LAWSUITE PURSUANT TO 28 U.S.C. § 1346(b)      Page 1 of 6

Mikle A. Butler

V.

United States

"Please provide the administrative remedy number for this case or please grant me an extention of time to contact the Freedom of information act to retrieve the remedy number"

## FTCA LAWSUITE PURSUANT TO 28 U.S.C. § 1346(b)

I, mikle A. Butler, Reg#-32419-171 bring this FTCA lawsuit to the district court of illinois "northern" in Pursuant to 28 U.S.C. § 1346(b), in which this court has Jurisdiction to govern the matter due to the incident at hand having taken place in your ~~district~~ district, as in Pursuant to 28 U.S.C. § 1402(b).

### SUPPORTING FACTS OF CLAIM, BELOW
↓

I mikle Butler, reg#-32419-171, filed a tort claim for Personal injury against A.U.S.P. Thomson staff in the year of 2022, in which i submitted the tort claim to the north central regional office of Kansas city. The north central regional office of Kansas city immediately rendered me a response notification advising me of the administrative remedy number as ~~receipt of the~~ tort claim and incorporated a breif message notifying ~~me that~~ they ~~received~~ received the claim and that they had 6 months to investigate the issue. However, within the 6 month deadline the north central regional office did not attempt to settle this issue, nor Provide ~~me~~ any details of the status of the investigation. After the 6 month deadline, the northern central regional office completely refused to render me a response to the claim at all, and therefore, left me unaware of the result of the investigation and status of the claim. I then, submitted numerous ~~of~~ letters to the north central regional office requesting a response to the claim and inquiring of why the delay of response, in which all my letters were unresponded to. I then, had my family members from the outside contact the north central regional department to inquire of why the delay of the response, but their efforts did not cause a change of the north central regional office actions, upon which my claim was still yet never responded to. I continued my efforts to contact the

north central regional office by mail and by family members for nearly 8 months after the 6 month deadline of the investigation was complete, and still yet, i have yet to receive a response from their department regarding the tort claim. I am now seeking action from this court to file an FTCA Lawsuite of the matter in pursuant to 28 U.S.C. § 1346(b). At this, as can be discovered in the initial tort claim i filed and was left unresponded to concerning this matter, i filed an Negligence tort claim for personal injury due to contracting COVID-19 twice at A.U.S.P. Thomson. I provided medical records with the initial tort claim of which clearly materially proved that i was healthy and covid-19 free upon my arrival at A.U.S.P. Thomson in the month of September-2019, also, i provided medical records of the wellness of my health and lack of the Covid-19 virus before i was transfered to A.U.S.P. Thomson. I also, provided medical records verifying that i contracted the covid-19 Virus in the year 2021 of and again in the year of 2022, which verified that i contracted the virus after nearly 1 year 1/2 of being housed at the thomson facility. Upon the initial tort claim i complained of how the A.U.S.P. thomson staff refused to wear masks, refused to supply inmates with cleaning supplies, refused to wear gloves, refused to clean the hand, belly, and leg iron restraints after previous usagge and completely disregarded such nature of CDC rules regarding the Covid-19 pandemic. Therefore, and as supported by my medical records, i contracted Covid-19 for the first time in the year of 2021. I was placed in quarantein in a cell by myself and was issued tylonol. The tylonol i was issued did nothing to sooth the aweful pain, dizziness, coughing and disturbing feeling i experienced throughout my entire body, and i suffered miserably from loss of smell and loss of taste, which affected me mentally, and in result i ended up with head aches and migrains. Even after i was released from quarantein i suffered from the above conditions except from dizziness. However, as the fleeting days turned to months, the A.U.S.P. thomson staff grew far worse in regard to their slackness and irresponsibility to wear masks, gloves, provide cleaning chemicals, clean the hand, belly and leg restraints after each usagge and so-fourth, in which i again tested positive for the Covid-19 virus in 2022, which was a year later than my first contraction of the virus. I was again placed on quarantein and prescibed tylonol. Due to the fact that my taste and smell never

## Statement of Claim

### — Supporting Facts of Claim —

Page 3 of 6

recovered from the previous affects of the virus, i suffered at this point from severe coughing and a very disturbing irratation of unexplained symptoms within my entire body, which highly affected my normal breathing system. The tylonol did nothing to sooth the issues i suffered and i complained to the nursing staff of my symptoms everyday. It is now nearing 2 1/2 years since i first contracted the covid-19 virus and i have yet to recover my smell, though my taste has partially recovered. my smell sensibility seems to be permenantly ~~recently~~ damaged and i am affected with many emotions and distress about such fact. Everytime that i realize that my smell is gone i start to feel stressful as if i am ~~missing out on~~ missing out on the natural aroma's of life, which make me human. A certain smell used to bring back joyous ~~memories~~ memories of my life experiences and now i nolonger have that enjoyment. most importantly, my loss of smell can place me at a great risk of danger such as my inability to smell and detect smoke as of a fire of some sort, which could be extreamly dangerous to my well being and sense of awarness. I can't even smell ~~sours~~ spoiled milk and would have to risk the effort of getting sick from litterally having to taste or swallow it. I also still suffer from random skippings of my heart and unexplainable functions within my breathing system which is similar to an office container of water, in which at every pressing of the button to retreive water from the container, the water inside the container causes a bubble effect from the suction; in my case, the air in my lungs causes a similar effect at often times, which started to occurr after i first contracted the covid-19 virus. I also suffer from the flashbacks of being in a prison cell forced to fight against the covid-19 symptoms alone for numerous hours without the adequate attention of medical staff, which was very mind wrecking and a great mental challenge to do, especially in light of such uncomfort, ~~and~~ coughin and pain, in addition to ~~Coping~~ with the dreadful fact that i litterally knew that A.V.S.P.-thomson staff have intentionally killed inmates personally and by setting a stage for anothe prisoner to do so, and thus, such reality weighed heavy on my survival instincs. Therefore, my mental health has been extreamly affected by my covid-19 experience, and the physical damage that i have been left to endure continually places a great burden of distress upon my soul, which requires a great effort for me in order to maintain on a daily basis as a normal indivisual, my loss of smell/breathing issue are not normal.

## — SUPPORTING FACTS OF REQUEST FOR GREATER DAMAGES —

Page 4 of 6

I NOW REQUEST GREATER DAMAGES THAN THE AMOUNT I REQUESTED IN MY INITIAL TORT CLAIM TO THE NORTH CENTRAL REGIONAL DEPARTMENT. — Please see below supporting facts —

↓

I am now requesting an increase for damages to be increased to $150,000 due to newly discovered evidence that was not reasonably discoverable at the time that the administrative remedy was presented. At this, i now realize that my sense of smell may never return to me again and such distress of the fact only continues to grow worse. Such injury is greater than what i first recognized and far greater than what i figured ~~would~~ would only last temporarily. My mental state regarding the fact of my loss of smell grows worse and worse each day and at unexpected times. Also, A.U.S.P. Thomson was immediately shut down and all inmates were forced to undergo an emergency transfer ~~from the prison due to~~ investigations of officer misconduct on 1-14-23. ~~due to investigations of officer misconduct~~ At this, it was revealed that A.U.S.P. thomson employed numerous medical and officer staff illegally, in which certain medical staff members did not have a valid liscense authorized for such position, and officer staff completely violated B-O-P- Policy by being unskilled, untrained, and of the same relation of other officer staff members. This, as well as the boat load of cruel misconduct discovered upon the investigation of the A-U-S-P- Thomson staff truly highlights their agenda to disregard rules and regulations. At this, the nursing staff even went as far as to fabricate federal documents on my behalf while i was placed on quarantein for each time i contracted the covid-19 virus, in which while on quarantein, i complained to the nursing staff every day of my coughing, dizziness, and severe symptoms of the virus. However, the A-U-S-P- Thomson nursing staff fabricated my complaints of the symptoms in the medical reports and made false documentations that i never complained of any symptoms. Though this evidence was available to me at the time i filed the initial tort claim, ~~was to mentally and physically affected from covid to realize it, and i also did not mention medical cruel actions because i already sacrificed enough of a great~~ ~~risk~~ risk by filing the tort claim against officer staff of thomson who immediately retaliated against me with harrassing cell searches, forced ceiling, and physical/verbal assualts, thus,i did not want to be retaliated against by medical staff as well who have a ~~history of~~ material history of

Statement of Claim

— Supporting facts of REQUEST FOR GREATER DAMAGES —

Pages 5 of 6

discontinuing very important mental health medications that i seriously need, all to satisfy their anger against me, and who falsely accuse me of engaging in sexual prohibitted actions. Therefore, i was very limited on what i revealed about the medical staff of thomson. Also, after recently receiving a letter from the senator of illinois concerning past misconduct of A-U-S-P thomson. It was revealed to me that thomson's medical staff breached C.0.C. and Covid-19 Policies by releasing me and every inmate infected with the Covid-19 virus from quarantein without first subjecting us to two negative covid-19 swabs. No where on my medical records will reveal that on the two seperate occassions when i contracted covid-19, i was released from quarantein after testing negative for two Covid-19 tests which was highly demanded by the C.0.C. and Covid-19 Policy at the time. Therefore, A-U-S-P medical staff were releasing inmates from quarantein without providing covid-19 tests to assure safety and as is was policy at the time. A.V.S.P. Thomson was shut down for the boat load of B-0-P. Policies that they deliberately violated in which hundreds of inmates were victimized and placed at substantial risks of great harm even around the time i contracted Covid-19, such policies as explained above were intentionally disregarded by the thomson staff. Furthermore, A.V.S.P. thomson upon the new investigation of its unconstitutional breach of BOP Policies were found to have been in violation of such policies by allowing married couples and other sexual relationship partners to be employed at the facility, and in particular, nurse miller, who is a nurse that dealt with me upon my quarantein stages of both covid-19 instances, is and was at the time married to a male C.0. named officer miller as well, and therefore, was in breach of policy and should not had been responsible as a nurse to tend to my needs legally, while at A-V-S-P Thomson, which is an issue that should not be taken lightly, but should very much highlight the irresponsibility that thomson allowed, maintained, and continued to deliberately faithfully manifest. Also, A.V.S.P. Thomson staff were not responsibly taking the daily required Covid-19 tests as was policy at the time and a close review of their medical records is sure to reveal such fact, such information was previously made known to me by an outside source who evaluated such information in courtesy of the freedom of information act, please grant me time to submit a copy of those records, if you don't have access to it.

Page 6 of 6

## IN CLOSING ↓ — Supporting Facts of claim —

In light of the essential fact that ~~covid~~ Covid-19 solely entered the A.U.S.P. thomson facility due to ~~the~~ the negligence of officer staff is a Ultimate truth that can't be alternated, but thomson's officer staff stubborn disregard to Properly follow B.O.P. Policy and C.D.C. Covid-19 ~~guidelines~~ guidelines were a complete injury to insult. At this, thomson staff owed me a duty of care, but by placing unsanitized hand restraints on me, refusing to wear masks and gloves, ~~and so on~~ and so-fourth, violated this duty and in result i contracted the Covid-19 virus, which caused me much harm and damage Physically, ~~and~~ mentally and emotionally. The thomson's staff negligence here in Pursant of 18 U.S.C. § 3050, shows that their conduct rises to a cause of action. Therefore, i am Pursuing this suite against ~~the~~ the united states in Pursuant to 28 U.S.C. § 2401 (a), in light of the 6 year limitation regarding a "non-response" to a claim by a Federal agency, as in Pursuant of 18 U.S.C. § 2675 (a). The reality that A.U.S.P. Thomson staff are the sole reason inmates at thomson contracted the Covid-19 virus is factual matter and in light of Ashcroft V. Iqbal, 556 U.S. 662, 678 (2009) (quoting Bell Atl. Corp. V. Twombly, 550 U.S. 544, 570 (2007)" a complaint must contain sufficient factual matter ..., to state a claim to relief that is Plausible on its face." At this, there is no reason to defend or doubt that thomson staff are not liable for the negligence alleged, because Plausibility requires "Factual content" that Provides the court with reasonableness. Please be aware that i was recently diagnosed with multiple mental illnesses and placed on multiple medications in the month of December. 2023, and in Pursuant to 28 U.S.C.A. §§ 1346(b)(7), i am suing for mental and emotional injury. My requested relief of this matter is $ 150,000, in which is compensation for my partial loss of taste, total loss of smell, breathing issues, mental and emotional distress. ~~thomson's~~ Thomson's staff refusal to wear masks, gloves and so-fourth completely highlighted their intentional infliction of distress and i will also like to sue for such intentional infliction of emotional distress.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.   Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I request $150,000 as stated in the supporting facts of the statement of claims section of this lawsuite. At this, i am seeking compensation for the injuries / mental health damage i have obtained.

VI.   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☑ NO

Not entitled to a jury trial in an FTCA Lawsuite in pursuant to 28 U.S.C. 1346(b)

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __April__ day of __10__ , 20 __23__

(Signature of plaintiff or plaintiffs)

__Mikle A. Butler__
(Print name)

__32419-171__
(I.D. Number)

__Terre haute USP — Po Box 33 — Terre__
__haute, IN 47808-0033__
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]